William E. ALLEN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64189.

Missouri Court of Appeals,
Western District.

April 26, 2005.

Jeannie Marie Willibey, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels and Alison K. Brown, Office of Attorney General, Jefferson City, for Respondent.

Before JAMES M. SMART, JR., Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

William E. Allen appeals the denial without evidentiary hearing of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).